NONPRECEDENTIAL DISPOSITION

To be cited only in accordance with Fed. R. App. P. 32.1

# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

Argued May 22, 2018
Decided February 27, 2019

**Before**

JOEL M. FLAUM, *Circuit Judge*

KENNETH F. RIPPLE, *Circuit Judge*

ROBERT W. GETTLEMAN, *District Judge*[*]

No. 17-2207

| | |
|---|---|
| UNITED STATES OF AMERICA, | Appeal from the United States District |
| *Plaintiff-Appellee*, | Court for the Southern District of Indiana, Evansville Division. |
| *v*. | |
| | No. 3:13-cr-00017-RLY-CMM-8 |
| MATTHEW ELDER, | |
| *Defendant-Appellant*. | Richard L. Young, *Judge*. |

## O R D E R

On August 15, 2018, this court ordered a limited remand under the procedure set forth in *United States v. Paladino*, 401 F.3d 471, 483–84 (7th Cir. 2005), so that the district court could state on the record whether it would impose the same sentence in light of this court's conclusion that the appellant, Matthew Elder, was not subject to a twenty-year mandatory minimum sentence. *United States v. Elder*, 900 F.3d 491, 504 (7th Cir. 2018). The district court has replied that it wishes to further review its sentencing determination in light of this court's conclusion and requests that the case be remanded

_____

[*]Of the Northern District of Illinois, sitting by designation.

for resentencing. Accordingly, pursuant to *Paladino*, the court VACATES Mr. Elder's sentence and REMANDS the case to the district court for resentencing.